# ALLEN & OVERY

April 19, 2022

**Via ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 610 6369 |

Eugene.Ingoglia@allenovery.com

Re:  *United States v. Felix Gonzales et al*, 1:22-mj-02510-UA

Dear Judge Aaron:

I am a member of the Criminal Justice Act ("CJA") panel and was appointed to represent defendant Felix Gonzalez in the above captioned matter on March 16, 2022. I write to respectfully apply to the Court to be reinstated as CJA counsel for Mr. Gonzalez.

We have spoken with Mr. Gonzalez, and he has indicated that he wishes for us to represent him as CJA counsel. I have spoken to Mr. Telesforo Del Valle, who filed a notice of appearance to represent Mr. Gonzalez that was accepted by the Court on March 29, 2022, and Mr. Del Valle indicated that he believes Mr. Gonzalez should have the representation of his choosing. Because the Court terminated our representation by order dated March 29, 2022, we respectfully request that we be reinstated as CJA counsel for Mr. Gonzalez. Mr. Del Valle consents to this application.

We are available to answer any questions the Court may have.

Request GRANTED. SO ORDERED.
Dated: April 19, 2022

*[signature: Stewart D. Aaron]*

Respectfully submitted,

/s/ *Eugene Ingoglia*
Eugene Ingoglia

*Attorney for Defendant*

cc:  Telesforo Del Valle, Jr (tdvesq@gmail.com)
     M. Christine Slavik (mary.slavik@usdoj.gov)

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.